Susan Koehler Sullivan, State Bar No. 156418
*susan.sullivan@clydeco.us*
Patrick R. Emerson, State Bar No. 330610
*patrick.emerson@clydeco.us*
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA  90071
Telephone:  (213) 358-7600
Facsimile:  (213) 358-7650

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC PREMIER BANCORP, INC. a Delaware corporation, and PACIFIC PREMIER BANK, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, and COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>Defendants. | Case No. 8:22-cv-00842-CJC-DFMx<br><br>Hon. Cormac J. Carney<br>Courtroom 9 B<br><br>**DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br>**(Fed. R. Civ. P. 12(b)(6))**<br><br>Date:         September 26, 2022<br>Time:         1:30 p.m.<br>Courtroom:  9 B |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, September 26, 2022 at 1:30 p.m. in Courtroom 9 B of the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9 B, Santa Ana, CA 92701-4516, Defendant Zurich American Insurance Company ("Zurich"), by and through its

1  attorneys of record, hereby moves to dismiss the First Amended Complaint of
2  Pacific Premier Bancorp, Inc. and Pacific Premier Bank ("Plaintiffs") pursuant to
3  Federal Rule of Civil Procedure 12(b)(6).
4      Zurich seeks dismissal of this action because Plaintiffs have failed to
5  adequately allege facts sufficient to state a claim upon which relief can be granted.
6  Plaintiffs' claims for breach of contract, declaratory relief, and "bad faith" all fail as
7  a matter of law because these claims are premised on an obligation and failure to
8  pay policy benefits due. However, Plaintiffs' claim for coverage falls squarely
9  within the "Lending Act" exclusion in the Zurich Policy, and Plaintiffs have not and
10 cannot allege a covered loss. Accordingly, Plaintiffs' First Amended Complaint
11 should be dismissed with prejudice.
12     This Motion is based on this Notice, the Memorandum of Points and
13 Authorities, arguments made in reply to any opposition to this Motion, such oral
14 argument and evidence that may be presented at the hearing, and the papers, records,
15 and pleadings on file herein.
16     This Motion is made following the conference of counsel pursuant to Local
17 Rule 7-3, which took place on July 1, 2022.

20 Dated:  July 29, 2022     CLYDE & CO US LLP

                            By:   */s/ Susan Koehler Sullivan*
                                  SUSAN KOEHLER SULLIVAN
                                  PATRICK R. EMERSON
                                  Attorneys for Defendant
                                  ZURICH AMERICAN INSURANCE
                                  COMPANY