UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PREMIER BANCORP, INC., a Delaware corporation, and PACIFIC PREMIER BANK, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, and COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>Defendants. | Case No.  8:22-cv-00842 CJC (DFMx)<br><br>**ORDER ON JOINT STIPULATION FOR PROTECTIVE ORDER**<br><br>Judge:            Hon. Cormac J. Carney<br>Court Room:   9B<br>Complaint Filed: April 21, 2022<br>Trial Date:      None |

**GOOD CAUSE APPEARING,** the Court hereby approves the Joint Stipulation For Protective Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: January 6, 2023

By: _____
Douglas F. McCormick
United States Magistrate Judge

Respectfully submitted,

**LOPEZ, BARK & SCHULZ LLP**
Harry J. Schulz, III, Esq. (SBN 205625)
 *hschulz@lbslawyers.com*
Michael E. Lopez, Esq. (SBN 214937)
 *mlopez@lbslawyers.com*
Brian Z. Bark, Esq. (SBN 217514)
 *bbark@lbslawyers.com*
300 Spectrum Center Drive, Suite 1550
Irvine, CA 92618
Telephone: (949) 383-9585
Facsimile: (714) 242-1544

Counsel for Plaintiffs
Pacific Premier Bancorp, Inc. and
Pacific Premier Bank

2
ORDER ON JOINT STIPULATION FOR
PROTECTIVE ORDER