**DYKEMA GOSSETT LLP**
ASHLEY R. FICKEL, Bar No. 237111
 *AFickel@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (855) 223-2781

THOMAS J. JUDGE (*pro hac vice*)
 *TJudge@dykema.com*
JASON C. REICHLYN (*pro hac vice*)
 *JReichlyn@dykema.com*
1301 K Street NW, Suite 1100 West
Washington, D.C. 20005
Telephone: (202) 906-8600
Facsimile: (888) 886-6915

Attorneys for Defendant
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PREMIER BANCORP, INC. and PACIFIC PREMIER BANK,<br><br>Plaintiffs,<br><br>v.<br><br>COLUMBIA CASUALTY COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendants. | Case No. 8:22-cv-00842-PA-DFM<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA** |

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 16-15.7 of the Central District of California, Defendant Travelers Casualty and Surety Company of America ("Travelers") and Plaintiffs Pacific Premier Bancorp, Inc. and Pacific Premier Bank ("PPB") hereby inform the Court that Travelers and PPB have reached a settlement in this matter. Travelers and PPB anticipate filing a motion or stipulation for Travelers' dismissal within 30 days once the settlement is finalized.

Should the parties by unable to finalize the settlement within 30 days, an update will be provided to the Court.

Dated: October 9, 2024 **DYKEMA GOSSETT LLP**

By: _____
Ashley R. Fickel
Attorneys for Defendant
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA