**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PREMIER BANCORP, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, et al., <br><br> Defendants. | No. CV 22-0842 PA (DFMx) <br><br> **JUDGMENT** |

In accordance with the Court's November 25, 2024 Minute Order granting the Motion for Summary Judgment filed by defendant Columbia Casualty Company ("Defendant") and denying as moot the Motion for Partial Summary Judgment filed by plaintiffs Pacific Premier Bancorp, Inc., and Pacific Premier Bank ("Plaintiffs"), and the Court's October 15, 2024 Order Granting Parties' Stipulation and Request for Dismissal with Prejudice of Plaintiffs' Claims Solely as to Defendant Travelers Casualty and Surety Company of America,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Defendant shall have judgment entered in its favor;
2. Plaintiffs shall take nothing; and
3. Defendant shall have its costs of suit.

1      The Clerk is ordered to enter this Judgment.

2 DATED: November 25, 2024

3                                                   Percy Anderson

4                                     United States District Judge